Motion Granted; Appeal Reinstated
and Dismissed and Memorandum Opinion filed July 21, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00163-CV

____________

 

BRUCE FREGIA, Appellant

 

V.

 

GREAT NORTHERN INSURANCE COMPANY, Appellee

 



 

On Appeal from the 127th District Court

Harris County, Texas

Trial Court Cause No. 2006-55306A

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 1, 2010.  On April 21, 2011, this
court abated the appeal and referred the case to mediation.  On June 21, 2011,
the mediator notified this court that the parties had reached a settlement
agreement.  On July 14, 2011, the parties filed a joint motion to dismiss the
appeal pursuant to their settlement.  See Tex. R. App. P. 42.1.  The
appeal is ordered reinstated, and the motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Anderson, Brown, and
Christopher.